# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ariel Rivera, | Case No.: 2:18-cv-01895-APG-VCF |
| Plaintiff | **ORDER** |
| v. | |
| Christopher Worley et al., | |
| Defendants. | |

Plaintiff Ariel Rivera is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"). Rivera initiated this case in state court, and the defendants removed it to this court. ECF No. 4. I have not yet screened the complaint.

Rivera now files a motion for an "order to withdraw 1983 civil complaint," stating that he "must pull [his] suit against the Henderson Police Department." ECF No. 22 at 2. I interpret this as a motion to voluntarily dismiss this case.

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). I grant Rivera's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case.

IT IS ORDERED that the plaintiff's motion to withdraw his complaint **(ECF No. 22)** is construed as a motion for voluntary dismissal and is **granted**.

It is further ordered that all outstanding motions **(ECF Nos. 11, 13, 14, 19) are denied** as moot.

/ / / /

/ / / /

It is further ordered that this action is dismissed in its entirety without prejudice. The Clerk of the Court is directed to close the case and enter judgment accordingly.

Dated: May 28, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE